IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIAN ENRIQUE HERNANDEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN K. MURRAY, et al. | : | No. 10-7333 |

**O R D E R**

AND NOW, this 18th of October, 2012, upon consideration of Petitioner's motion to stay his petition for a writ of habeas corpus, **IT IS HEREBY ORDERED** that Petitioner's motion to stay and abey is **DENIED**.

**I FURTHER ORDER** that the Petitioner has **THIRTY (30) DAYS** to contact me and tell me if he wishes to proceed with his petition by deleting the claims which are currently pending in state court. If I have not heard from the petitioner within thirty (30) days of this order, I will dismiss this petition without prejudice for the reasons set forth in the accompanying memorandum.

  s/J.William Ditter, Jr.
J. WILLIAM DITTER, JR., J.